UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 3:12-00077 |
| | ) JUDGE SHARP |
| WILLIAM M. LEWIS | ) |

### O R D E R

A hearing on a plea of guilty in this matter is hereby scheduled for Tuesday, July 10, 2012 at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE